```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 19 DEC 2011
```

MARK E. GIBSON, NORBERT WU, LOUIS PSIHOYOS, BRANDON COLE, MICHAEL GRECCO, CARL SCHNEIDER, ELLEN SENISI, GABE PALMER, PALMER/KANE INC., JAY PASACHOFF, PETER GINTER, DAN SHEEHAN, SKIP MOODY, KAREN KASMAUSKI, JAMES REED, STUART WESTMORELAND, DAN MCCOY, THE SCIENCE PICTURE COMPANY and VISIONS OF TOMORROW, INC.,

     Plaintiffs,

- against -

THE McGRAW-HILL COMPANIES,

     Defendant.

Case No. 11 Civ. 2765 (JPO)
ECF Case

STIPULATION OF DISMISSAL
WITH PREJUDICE

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiffs Mark E. Gibson, Norbert Wu, Louis Psihoyos, Brandon Cole, Michael Grecco, Carl Schneider, Ellen Senisi, Gabe Palmer, Palmer/Kane Inc., and Visions of Tomorrow, Inc. and defendant The McGraw-Hill Companies, Inc., pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the above entitled action be, and hereby is, dismissed with prejudice as to the claims asserted by the above mentioned plaintiffs, without costs to any party.

Dated: New York, New York
   December __, 2011

| | |
|---|---|
| NELSON & McCULLOCH LLP<br>The Chrysler Building<br>405 Lexington Ave., 26th Floor<br>New York, NY 10174<br>T: (212) 907-6677<br><br>By: _____<br> Danial A. Nelson, Esq.<br> Kevin P. McCulloch, Esq.<br> Attorneys for Plaintiffs | DAVIS WRIGHT TREMAINE LLP<br>1633 Broadway, 27th Floor<br>New York, New York 10019<br>T: (212) 489-8230<br><br>By: _____<br> Carolyn K. Foley, Esq.<br> Victor D. Hendrickson, Esq.<br> Attorneys for Defendant |

DWT 18386510v7 39-00059-000060

DWT 18683391v1 89-00059-000060

SO ORDERED:

12/15/11
Date

_____
Honorable Paul Oetken
United States District Judge

2